# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC,VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br><br>      Defendants. | CIVIL ACTION<br>FILE NUMBER:<br>1:20-cv-03088-SCJ |

## CERTIFICATE OF INTERESTED PERSONS AND

## CORPORATE DISCLOSURE STATEMENT

1

(1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) Varsity Brands, LLC
(b) BSN Sports, LLC
(c) Varsity Spirit, LLC
(d) Stanbury, LLC
(e) Herff Jones, LLC
(f) Bain Capital, LP
(g) Bain Capital (GP), LLC
(h) Charlesbank Capital Partners, LLC
(i) Charlesbank Capital Partners, LP
(j) Varsity Brands Holding Co., Inc.
(k) Varsity Spirit Fashion & Supplies, LLC
(l) U.S. All Star Federation, Inc.
(m) USA Federation for Sport Cheering, d/b/a USA Cheer
(n) Varsity Intropia Tours, LLC
(o) Jeffrey G. Webb "Jeff"
(p) American Spirit and Cheer Essentials, Inc. and all others similarly situated
(q) Rockstar Championships, LLC and all others similarly situated

  (r) Jeff & Craig Cheer, LLC, d/b/a Jeff and Craig camps and all others similarly situated

  (s) Ashley Haygood and all others similarly situated

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  (a) Mr. Robert A. Falanga
  (b) Kobelah Svensen Bennah
  (c) Law Offices of Falanga & Chalker

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  (a) Mr. Robert A. Falanga
  (b) Kobelah Svensen Bennah
  (c) Various unidentified counsel for Defendants

    [signature on subsequent page]

Submitted this 30th day of July, 2020.

                                 */s/   Robert A. Falanga*
                                 Mr. Robert A. Falanga, esq.
                                 Georgia Bar No. 254400

                                 */s/Kobelah Svensen Bennah*
                                 Kobelah Svensen Bennah
                                 Georgia Bar No. 378113

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Pl #C
Alpharetta, GA 30022
Phone: (770) 955-0006
Fax: (770) 955-2123
RobertFalanga@FalangaLaw.com
Kobelah@FalangaLaw.com