# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of All Others Similarly Situated<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERLEADING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br><br>　　　　　　Defendants. | **Civ. Action No. 1:20-cv-03088** |

**DECLARATION OF JOHN NEWBY IN SUPPORT OF
DEFENDANTS' JOINT MOTION TO TRANSFER ACTION TO THE
WESTERN DISTRICT OF TENNESSEE**

I, John Newby, declare as follows:

1. I am Executive Vice President, Impact and VIP Branding for Varsity Brands, LLC ("Varsity Brands") and Executive Vice President and General Manager of Varsity All Star for Varsity Spirit, LLC ("Varsity Spirit"). I am a resident of Germantown, Tennessee, which is a suburb of Memphis.

2. I have reviewed Plaintiffs' Complaint in the above-referenced action.

3. I understand that Plaintiffs have named Varsity Brands, Varsity Spirit, and Varsity Spirit Fashion & Supplies, LLC ("Varsity Fashion" and, with Varsity Brands and Varsity Spirit, the "Varsity Defendants") as defendants in the above-referenced action.

4. Varsity Brands owns Varsity Spirit and Varsity Fashion. Varsity Sprit conducts what Plaintiffs refer to as "All-Star Competitions." Varsity Fashion is the entity that is responsible for what Plaintiffs refer to as "All-Star Apparel."

5. Varsity Spirit and Varsity Fashion are both headquartered and have nearly the entirety of their operations and employees in Memphis, Tennessee.

6. Based on the allegations in the Plaintiffs' Complaint, I expect that the vast majority if not all of the books and records of the Varsity Defendants that may be relevant to the cheerleading aspect of this case are located in Memphis, Tennessee at the offices of Varsity Spirit and/or Varsity Fashion.

7. Nearly all of the cheerleading-related events referenced in the Complaint as they relate to the Varsity Defendants, including negotiations of the relevant contracts and acquisitions, also occurred in Memphis, Tennessee. In addition, the discount programs that Plaintiffs challenge in their Complaint—the Network Agreements and the Family Plan—were created in and put forward from Memphis, Tennessee.

8. The key employees responsible for the areas of the Varsity Defendants' cheerleading-related business implicated by the Complaints all reside in the Memphis, Tennessee area.

9. Jeff Webb, the founder of Varsity Brands and a defendant in this action, and Bill Seely, the President of Varsity Spirit, are residents of the Western District of Tennessee.

10. Through Varsity Spirit, the Varsity Defendants organize, promote, produce, and/or manage more than four hundred cheerleading competitions of the type that Plaintiffs call "All Star Competitions" in the United States each year, the vast majority of which are not held in the Northern District of Georgia. None of the competitions identified in the Complaint as Worlds, The Summit, or U.S. Finals are conducted in the Northern District of Georgia.

11. I understand that Plaintiffs also name Stanbury, LLC, Herff Jones, LLC, BSN Sports, LLC, and Varsity Intropa Tours as defendants in this action. None of these business are headquartered in, have employees in, or store books and records in the State of Georgia.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on September 4th, 2020.

*[signature]*
John Newby