# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of All Others Similarly Situated<br><br>      Plaintiffs,<br><br>   v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERLEADING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br><br>      Defendants. | Civ. Action No. 1:20-cv-03088 |

**DECLARATION OF BILL SEELY IN SUPPORT OF
DEFENDANTS' JOINT MOTION TO TRANSFER ACTION TO THE
WESTERN DISTRICT OF TENNESSEE**

I, Bill Seely, declare as follows:

1.      I am President of Defendants Varsity Spirit, LLC and USA Federation for Sport Cheerleading ("USA Cheer").  I live near and work in Memphis, Tennessee.

2.      None of USA Cheer's employees, books or records are located in Georgia.


I declare under the penalty of perjury that the foregoing is true and correct. Executed on September 4th, 2020.

Bill Seely