# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of All Others Similarly Situated<br><br>            Plaintiffs,<br>   v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERLEADING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br><br>            Defendants. | **Civ. Action No. 1:20-cv-03088** |

**DECLARATION OF STEVEN J. KAISER IN SUPPORT OF
DEFENDANTS' JOINT MOTION TO STAY PENDING RESOLUTION OF
MOTION TO TRANSFER**

I, Steven J. Kaiser, declare as follows:

1. On August 28, 2020, Plaintiffs' counsel sent me an email, a true and correct copy of which is attached as Exhibit A to this declaration.

2. On September 1, 2020, Defendants requested that Plaintiffs agree to stay the case pending the resolution of Defendants' motion to transfer. Plaintiffs declined.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2020.

*[signature]*
Steven J. Kaiser

# EXHIBIT A

| | |
|---|---|
| From: | Kobelah Bennah |
| To: | Garrison, Grady; Berkowitz, Nicole; Cary, George S.; Kaiser, Steven J. |
| Cc: | Robert Falanga |
| Subject: | Am. Spirit et al. v. Varsity Brands et al. / Good faith effort to schedule Rule 26(f) Conference |
| Date: | Friday, August 28, 2020 5:59:16 PM |

Counsel,

As you know, per FRCP 26(f):

> Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) [(not applicable)] or when the court orders otherwise, the parties must confer as soon as practicable[.]

Per LR 16.1 ND Ga.:

> [L]ead counsel for all parties are required to confer in person in an effort to settle the case, discuss discovery, limit issues, and discuss other matters also addressed in the Joint Preliminary Report and Discovery Plan. The conference [shall] comply with the requirements of Fed. R. Civ. P. 26(f). Counsel are required to inform the parties promptly of all offers of settlement proposed at conference.

For the meeting, we have a comfortable conference room in welcoming Alpharetta, Georgia.  For accommodations, you might consider The Hotel at Avalon.  We are available, September 7th, 8th, 14th, 18th and 22nd.  Would one of those days work better for you?

Yours,

Kobelah



**Kobelah Svensen Bennah**
Attorney
6393 Bankers Walk

Riverdale, GA 30274
**Office:** (770) 907-9191
**Fax:** (770) 907-9249
www.falangalaw.com
kobelah@falangalaw.com